# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUST B METHOD, LLC** and **BERNADETTE GIORGI**<br>*Plaintiffs*<br><br>v.<br><br>**BSCPR, LP, BELLEVUE ASSOCIATES, LP, BELLEVUE, INC., CENTERPOINT PILATES, LLC,** and **MARGIE FOLEY**<br>*Defendants* | **CIVIL ACTION**<br><br>**NO. 14-1516** |

## O R D E R

**AND NOW,** this 14th day of October 2014, upon consideration of Defendants' *motion to compel arbitration*, [ECF 15], Plaintiffs' response in opposition thereto, [ECF 17], the reply [ECF 22], the sur-reply, [ECF 25], and consistent with the memorandum opinion filed on this day, it is hereby **ORDERED** that Defendants' motion is **GRANTED**, in part, and Plaintiffs and Defendants BSCPR, LP, Bellevue Associates, LP, and Bellevue, Inc., shall proceed to binding arbitration of JAMS, Inc. in Philadelphia, Pennsylvania as contractually agreed to pursuant to the Agreement between Just b Method, LLC and Bellevue Associates d/b/a The Sporting Club. Further, Plaintiffs' claims against Defendants Centerpoint Pilates, LLC, and Margie Foley are **STAYED** and placed in civil suspense pending resolution of the arbitration.

BY THE COURT:

/s/ *signature*
NITZA I. QUIÑONES ALEJANDRO, J.